SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
JONG JA KIM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG JA KIM,<br><br>        Plaintiff,<br><br>   vs.<br><br>KCH ARTESIA, INC. D/B/A MOO BBQ; DAE LEE, TRUSTEE OF DAE Y AND SUNG Y LEE TRUST; and DOES 1 through 10,<br><br>        Defendants. | Case No.: 2:19-cv-09076-VAP (JDEx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

  Notice is hereby given that Plaintiff Jong Ja Kim ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 09, 2020            **SO. CAL EQUAL ACCESS GROUP**


                                                    _/s/ Jason J. Kim_
                                                    JASON J. KIM
                                                    Attorney for Plaintiff