JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Jong Ja Kim,<br><br>    Petitioner,<br><br>  v.<br><br>KCH Artesia Inc. D/B/A Moo BBQ, et al.,<br><br>    Respondents. | Case No. CV 19-09076-VAP (JDEx)<br><br>**ORDER OF DISMISSAL** |

  The Court having been advised by counsel for the parties that the above-entitled action has settled,

  IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

  THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 10, 2020

                _____
                VIRGINIA A. PHILLIPS
                Chief United States District Judge